**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1787

MICHAEL J. SINDRAM,

Plaintiff - Appellant,

versus

HOWARD E. WALLIN; RICHARD P. GILBERT; ROBERT
F. SWEENEY; THOMAS LOHM; JEFFREY L. WARD;
JAMES L. RYAN; CORNELIUS J. VAUGHEY,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Peter J. Messitte, District Judge. (CA-
90-800-1-FNS)

Submitted: April 14, 2005          Decided: April 19, 2005

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael J. Sindram, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael J. Sindram appeals a district court order denying his motion to reconsider and vacate a 1990 order establishing a pre-filing review procedure. The district court denied the motion finding Sindram failed to articulate a reason as to why the 1990 order should be vacated. We have reviewed the record and the district court order and affirm for the reasons stated by the district court. See Sindram v. Wallin, No. CA-90-800-1-FNS (D. Md. filed May 24, 2004; entered May 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED